GIREY, INC., Appellant, v. BENJAMIN B. DEITEL and Others, Defendants, Impleaded with HARRY G. CHADELL, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

ROBERT READ and Others, Appellants, v. THE RECTOR, CHURCH WARDENS AND VESTRYMEN OF TRINITY CHURCH IN THE CITY OF NEW YORK and Others, Respondents.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

NATIONAL EQUITABLE INVESTMENT COMPANY, INCORPORATED, Respondent. v. CHARLES B. FRASCA, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

KELVINATOR SALES CORPORATION, Respondent, v. EBLING AURORA ICE CREAM Co., INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

CHICLE DEVELOPMENT Co., INC., Appellant, v. NATIONAL SURETY COMPANY, Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

BERTHA ADLERSHEIM, Appellant, v. FRANK SALZMAN, Respondent. BERL ADLERSHEIM, Appellant, v. FRANK SALZMAN, Respondent.— It may not be said that plaintiff was guilty of contributory negligence as a matter of law. The verdict, however, was clearly against the weight of the evidence. Therefore, the judgment is reversed and a new trial granted, with costs to the appellants to abide the event. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

LILLIAN BAUER, Respondent, v. FRED E. SMITH, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

MARY L. McHUGH, Respondent, v. THE CITY OF NEW YORK, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

ABRAHAM I. SPIRO, as Receiver, Respondent, v. CONSTITUTION INDEMNITY COMPANY OF PHILADELPHIA, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

FRANCES A. SMITH, Appellant, v. THE RECTOR, CHURCHWARDENS and VESTRYMEN OF TRINITY CHURCH IN THE CITY OF NEW YORK, and Others, Respondents.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ. [140 Misc. 301.]

BLANCHE OF HAPSBURG-LORRAINE, Appellant, v. FRANCOIS DE SAINT PHALLE and Others, Defendants, Impleaded with FAL DE SAINT PHALLE and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.